UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | NO. 3:09-00272 |
| ) | JUDGE CAMPBELL |
| KRISTEN RIDER ) | |

ORDER

The sentencing hearing currently scheduled for July 30, 2012, at 1:00 p.m. is RESCHEDULED for July 30, 2012, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE